UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER V. BALESTRERI, et al., Plaintiffs, v. FORD MOTOR COMPANY, et al., Defendants. | Case No. 19-cv-08429-VC  **ORDER GRANTING MOTION FOR EXTENSION**  Re: Dkt. No. 17 |

The motion for an extension is granted. Ford's reply brief is due February 21, 2020. The hearing remains set for February 27, 2020.

**IT IS SO ORDERED.**

Dated: February 14, 2020

VINCE CHHABRIA
United States District Judge