JACOB W. CUTLER (SBN 264988)
 e-mail: jcutler@slpattorney.com
KAREN WALLACE (SBN 272309)
 e-mail: kwallace@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs
PETER V. BALESTRERI and ARLENE M. BALESTRERI


STEPHEN H. DYE (SBN 104385)
 e-mail: sdye@schnader.com
CHARLES F. HARLOW (SBN 200702)
 e-mail: charlow@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, CA 94018
Telephone: (415) 364-6700
Facsimile: (415) 364-6785

Attorneys for Defendants
FORD MOTOR COMPANY and MARIN COUNTY FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| PETER V. BALESTRERI and ARLENE M. BALESTRERI,<br><br>    Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; MARIN COUNTY FORD; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **Case No. 3:19-cv-08429-VC**<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**<br><br>Court: 4, 17th Floor (Hon. Vince Chhabria) |

1

[~~PROPOSED~~] ORDER RE JOINT STIPULATION EXTENDING TIME TO FILE
RESPONSIVE PLEADING

**[~~PROPOSED~~] ORDER**

The Court, having considered the Joint Stipulation to Extend Time for Defendants to File Responsive Pleading to First Amended Complaint filed jointly by the parties, the Declaration of Counsel and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation to Extend Time for Defendants to File Responsive Pleading to First Amended Complaint and all related deadlines is GRANTED;

2. The last day for Defendants to file a responsive pleading to the First Amended Complaint, currently March 26, 2020, and all associated and related deadlines are hereby vacated; and,

3. The last day for Defendants to file a responsive pleading to the First Amended Complaint is extended thirty (30) days to April 25, 2020.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2020

Hon. Vince Chhabria
United States District Court Judge

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785